IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LINDA WELLS, as next friend and mother of Olivia Grace Wall, Landon Keith Wall and Grant Stefan Wall, minor children of and heirs at law of James F. Wall, II, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>    Defendant. | Civil No. 3:13-0693<br>Judge Trauger |

**O R D E R**

Upon the reassignment of this case to Judge Trauger, the initial case management conference scheduled before Chief Judge Haynes on September 9, 2013 is **CANCELLED**. It is further **ORDERED** that the Motion to Reassign Case (Docket No. 5) is **GRANTED**.

It is so **ORDERED**.

ENTER this 5th day of August 2013.

_____
ALETA A. TRAUGER
U.S. District Judge